## MILLER v. COATES.

*Costs — when two bills allowed — General term — special term cannot modify order of.*

Two defendants who appeared by one attorney separately demurred to the complaint. At the special term the demurrer of one defendant was over-ruled; defendant appealed and the order was affirmed with costs; the other demurrer was sustained; plaintiff appealed and the order was reversed with costs. On an appeal from an order denying plaintiff's motion to tax costs on each demurrer, *held,* (1) that the case was an exception to the general rule allowing but one bill of costs where several parties appear by one attorney and two bills were properly allowed; and (2) that there was no power in the special term to modify the order of the general term as to costs.

APPEAL by defendants from an order at special term denying a motion for an allowance of two bills of costs.

The action was brought by Robert Miller against Andrew Coates and Berkely Mostyn. The case on appeal from orders sustaining the demurrer of one defendant, and overruling that of the other is reported, 4 N. Y. Sup. 429.

*James M. Varnum,* for appellants.

*Henry S. Bennett,* for respondent.

BARNARD, P. J.

The head-note contains all that is material in the opinion.

*Order reversed.*